---

**ORIGINAL**

1  KAREN P. HEWITT
   United States Attorney
2  ANDREW G. SCHOPLER
   Assistant U.S. Attorney
3  California State Bar No. 236585
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
   Email: Andrew.Schopler@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America



FILED
JAN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 08MJ0132 |
| Plaintiff, | |
| v. | **MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), aka "Lee Dog", | |
| MELVIN ALEXANDER (2), | |
| JOSE GALVAN RICO (3), aka "Mija", | |
| ELEODORO CASTILLO (4), aka "Onko", | |
| DAPHNE ROSALINDA JACKSON (5), aka Daphne R. Rae, | |
| BERNAL ANTHONY MITCHELL (6), aka "Tony", | |
| ALLEN MATTHEW BAKER Jr. (7), aka "J.R.", aka Tracy Reyard Diggs, aka Marcus Johnson, | |
| MICHAEL DWAYNE TRYALS (8), aka "Texas Mike", aka Michael Tryls, aka Dave Brooks, aka Leon Howard Blair, aka Earl David Hollis, | |
| BOBBY SHAWN LOCKHART (9), aka "Blue", | |
| ALEXANDER WEIR IV (10), aka "Brick", | |
| ALEXANDER WEIR V (11), aka "Lil' Brick", | |
| FELIPE MEDINA (12), | |
| MELVIN ANDRE BIBBS (13), | |
| MARK EDWARD RUNNELS (14), aka "Marky Mark", | |
| Defendants. | |

1  COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
2  KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney,
3  and moves this Court for an order unsealing the complaint and arrest warrants previously filed in the
4  above-captioned matter on January 16, 2008, for the purpose of producing said documents as discovery
5  to defense counsels in the near future.

DATED:  January 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney